IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:23-cr-17-SLH-KAP-1 |
| BRANDON KIFER, | : |
| Defendant | : |

<u>Memorandum Order</u>

After proceedings on October 30, 2024, *see* ECF no. 71, on the violation of the conditions of pretrial release, *see* ECF no. 67, pretrial release is revoked. The Cambria County Drug & Alcohol Commission is asked to evaluate defendant for placement in a recommended inpatient drug treatment facility. Upon recommendation and notice that there is an available bed in the recommended inpatient program, it is ordered that the defendant execute all releases and take all actions necessary for his relevant medical records to be released to the facility and for the Pretrial Services Agency to monitor compliance with the treatment program at that facility. When those steps are complete, it is further

ORDERED that the defendant is released directly to the designated facility for transport to their facility. This order shall act as a release order and authority to transport.

When and if successful completion of the inpatient program is imminent, counsel for the defendant shall submit a proposed release plan that takes into account any outpatient aftercare program. A status conference shall be scheduled with counsel prior to the completion date to address any changes to the conditions of release made necessary by any aftercare program.

Failure to successfully complete the inpatient program is deemed a violation of this order, and without need to apply for further order shall be sanctioned by arrest and detention in the Cambria County Prison or other facility used by the United States Marshal until further order of court.

DATE: October 31, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to:

counsel of record, Pretrial Services, United States Marshal Service