IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:23-cr-17-SLH-KAP-1 |
| BRANDON KIFER, | : |
| Defendant | : |

<u>Memorandum Order</u>

The Motion at ECF no. 87 is terminated with the following:

On October 31, 2024, after proceedings on October 30, 2024 in connection with the allegations of defendant's violation of the conditions of pretrial release, *see* ECF no. 67 and ECF no. 71, I issued an order stating "pretrial release is revoked." ECF no. 72. I went on to order an attempt to place defendant in an inpatient drug treatment facility, an attempt that was ultimately successful. Counsel for defendant advises that defendant is nearing the end of the inpatient program. In October I ordered counsel for the defendant to submit a proposed release plan that takes into account any outpatient aftercare program, and noted that a status conference would be scheduled to address any changes to the conditions of release made necessary by any aftercare program.

Administratively, a detention hearing and not a status conference is the better way to present evidence relevant to resumption of pretrial release with or without modification of the previous conditions of release. Accordingly, a detention hearing is scheduled in Courtroom A at 10:00a.m on February 11, 2025. Because pretrial release was revoked, defendant has already been ordered and shall remain detained from the point at which the defendant leaves the inpatient program until the time of the hearing. In October I ordered that the defendant execute all releases and take all actions necessary to monitor compliance with the treatment program at that facility. If not already provided to the Marshal, the date of completion of the program shall be provided to the Marshal so that the Marshal can keep the defendant in custody pending the detention hearing.

DATE: January 23, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to:

counsel of record, Pretrial Services, United States Marshal Service

1